UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Michelle M. McLaughlin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11203-DRH |
| *Alice Vidal v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11945-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 4, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

Digitally signed by
David R. Herndon
Date: 2015.09.08
13:20:25 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT